IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ▬▬ D.C.

05 JUN 13 PM 5:32

~~ROBERT R. DI TROLIO~~
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>  )<br>    Plaintiff, )<br>  )<br>VS. )   CR. NO. 04-20415-Ml<br>  )<br>STEFANIE ROBERSON )<br>  )<br>    Defendant. )<br>  ) | |

## ORDER ON CHANGE OF PLEA

This cause came to be heard on June 13, 2005, the United States Attorney for this district, David Henry, appearing for the Government and the defendant, Stefanie Roberson, appearing in person and with counsel, Irwin Salky and Stephen Tapp, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, SEPTEMBER 13, 2005, at 9:00 a.m., in Courtroom No. 4, on the 9th floor before Judge Jon Phipps McCalla.**

Defendant is allowed to remain released on present bond.

**ENTERED** this the __13__ day of June, 2005.

_____
JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 6-14-05

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 83 in case 2:04-CR-20415 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

Irvin M. Salky
LAW OFFICE OF IRVIN M. SALKY
240 Hawthorne St.
Memphis, TN 38112

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen Kyle Tapp
LAW OFFICE OF STEPHEN KYLE TAPP
845 Dickinson St.
Memphis, TN 38107--503

Honorable Jon McCalla
US DISTRICT COURT