M1

FILED BY _____ D.C.
05 SEP 16 PM 3:56

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

FILED BY ___CAD___ D.C.
2005 SEP 14 PM 1:28

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
### Western Division

UNITED STATES OF AMERICA

vs.

STEFANIE ROBERSON,

    Defendant

Case No. 2:04cr20415-02MI

MOTION GRANTED

JON PHIPPS McCALLA
U.S. DISTRICT JUDGE
Sept 16, 2005

## MOTION TO AMEND JUDGMENT OF CONVICTION

    Comes now the defendant Stefanie Roberson by and through her counsel of record and respectfully moves the Court to amend the Judgment of Conviction entered or to be entered in the above-styled case as follows:

    1. Pursuant to 18 U.S.C. 3621(e)(2), defendant would show that she is a suitable candidate for a program of residential substance abuse treatment provided while in custody, so that she would be eligible for reduction of her sentence by the federal Bureau of Prisons of not more than one year upon successful completion of said program.

    2. Following the sentencing hearing in this case on September 13, 2005, counsel for defendant were informed by the U.S. Probation Officer that it would be helpful to the defendant if the Court recommends in its Judgment of Conviction that defendant be allowed the opportunity to participate in the above-described program.

    3. In support of this motion, lead counsel for defendant, Irvin Salky, would show that he has spoken to the Assistant U.S. Attorney in charge of defendant's case, David Henry, who informed counsel that he has no objection to this motion and furthermore would join in the motion.

Respectfully submitted,

_____
IRVIN M. SALKY

_____
STEPHEN KYLE TAPP
ATTORNEYS FOR DEFENDANT

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on 9-19-05

102

## Certificate of Service

I, IRVIN M. SALKY, Attorney for Defendant, do hereby certify that a true and correct copy of the foregoing Motion was hand delivered to David Henry, Assistant U.S. Attorney for the Western District of Tennessee, 8th Floor, Federal Building, 167 N. Main St., Memphis, Tennessee 38103, this ___14th___ day of September, 2005.

IRVIN M. SALKY

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 102 in case 2:04-CR-20415 was distributed by fax, mail, or direct printing on September 19, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Stephen Kyle Tapp
LAW OFFICE OF STEPHEN KYLE TAPP
845 Dickinson St.
Memphis, TN 38107--503

Irvin M. Salky
LAW OFFICE OF IRVIN M. SALKY
240 Hawthorne St.
Memphis, TN 38112

Honorable Jon McCalla
US DISTRICT COURT